UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DESHAWN LOMAS

CIVIL ACTION

NO. 06-158-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 20, 2009 (doc. 95). The defendant filed an objection which essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (doc. No. 81) filed by petitioner, Deshawn Lomas, is DENIED.

Baton Rouge, Louisiana, this 23rd day of June, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA